

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Equal Employment Opportunity Commission,<br>            Plaintiff,<br>v.<br>Family Dollar, Inc.,<br>            Defendant. | 07CV 6996<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Equal Employment Opportunity Commission

**FILED**
DEC 1 3 2007   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Gordon G. Waldron | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Gordon G. Waldron | |
| FIRM<br>Equal Employment Opportunity Commission | |
| STREET ADDRESS<br>500 West Madison Street, Suite 2800 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC. No. 02920646 | TELEPHONE NUMBER<br>(312) 353-7525 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐