# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Equal Employment Opportunity Commission,
   Plaintiff,

v.

Family Dollar, Inc.,
   Defendant.

07CV 6996
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Equal Employment Opportunity Commission

**FILED**
DEC 1 3 2007  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | John C. Hendrickson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ John C. Hendrickson |
| FIRM | Equal Employment Opportunity Commission |
| STREET ADDRESS | 500 West Madison Street, Suite 2800 |
| CITY/STATE/ZIP | Chicago, Illinois 60661 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | ARDC. No. 01187589 |
| TELEPHONE NUMBER | (312) 353-8551 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐