

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Equal Employment Opportunity Commission,
  Plaintiff,

v.

Family Dollar, Inc.,
  Defendant.

07CV 6996
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Equal Employment Opportunity Commission

**FILED**
DEC 1 3 2007   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Gregory M. Gochanour |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Gregory M. Gochanour |
| FIRM |
| Equal Employment Opportunity Commission |
| STREET ADDRESS |
| 500 West Madison Street, Suite 2800 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC. No. 06210804 | (312) 886-9124 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐