IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**FAMILY DOLLAR, INC.**<br><br>　　　　　Defendant. | Civil Action No.　07 C 6996<br><br>Judge Samuel Der-Yeghiayan<br>Magistrate Judge Sidney I. Schenkier |

### DEFENDANT'S MOTION TO DISMISS

　　　　Defendant, Family Dollar, Inc. ("Family Dollar"), by and through its attorneys, hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Complaint filed by Plaintiff, Equal Employment Opportunity Commission ("EEOC"). In support of its motion, Family Dollar states as follows:

　　　　1.　　In its Complaint, EEOC claims that Family Dollar violated Title VII by "subjecting Kizzie Cotton and other dark skinned African American employees to harassment based on the color of their skin and by failing to take prompt remedial action intended to eliminate the harassment after the [sic] it became aware of the illegal behavior." (Complaint, ¶ 7).

　　　　2.　　However, EEOC's Complaint fails to state a claim upon which relief can be granted. <u>First</u>, EEOC fails to describe the claim against Family Dollar in sufficient detail so as to give the Company fair notice of what EEOC's claim is and the grounds upon which it rests. <u>Second</u>, EEOC does not plausibly suggest, beyond a speculative level, that EEOC has a right to relief. *Twombly v. Bell Atlantic Corp.*, ___ U.S. ___, 127 S. Ct. 1955, 1964-65, 167 L. Ed. 2d 929 (2007).

3.     The facts, arguments and authorities in support of its motion are set forth more fully in Family Dollar's Memorandum in Support of Its Motion to Dismiss Plaintiff's Complaint, which is being filed simultaneously herewith and is incorporated herein by reference.

WHEREFORE, Family Dollar respectfully requests that the Court dismiss EEOC's Complaint with prejudice, and award Family Dollar any and all further relief that the Court deems appropriate.

Respectfully submitted,

FAMILY DOLLAR, INC.

By: /s/ *Shanthi V. Gaur*
One of its Attorneys

John A. Ybarra (#06196983)
Paul E. Bateman (#06188371)
Shanthi V. Gaur (#06224996)
Asilia S. Backus (#6278016)
LITTLER MENDELSON
A Professional Corporation
200 North LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520 (phone)
312.372.7880 (facsimile)

Dated: January 14, 2008

## **CERTIFICATE OF SERVICE**

Shanthi V. Gaur, an attorney, hereby certifies that, on January 14, 2008, a copy of the foregoing Defendant's Motion to Dismiss was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

> Gordon G. Waldron
> United States Equal Employment Opportunity Commission
> 500 West Madison Street
> Suite 2800
> Chicago, IL 60661
> gordon.waldron@eeoc.gov
>
> Gregory M. Gochanour
> United States Equal Employment Opportunity Commission
> 500 West Madison Street
> Suite 2800
> Chicago, IL 60661
> gregory.gochanour@eeoc.gov
>
> John C. Hendrickson
> United States Equal Employment Opportunity Commission
> 500 West Madison Street
> Suite 2800
> Chicago, IL 60661
> john.hendrickson@eeoc.gov

                                                   */s/ Shanthi V. Gaur*
                                                     Shanthi V. Gaur