# EXHIBIT B

May-18-06   02:12pm   From-                                          T-758   P.003/003   F-797

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **AMENDED**<br>440-2006-02986 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Kizzie C. Cotton | (773) 768-7267 | 03-05-1977 |

Street Address                                    City, State and ZIP Code

7802 S. Essex, Chicago, IL 60649

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FAMILY DOLLAR STORE | 15 - 100 | |

Street Address                                    City, State and ZIP Code

642 W. 47th, Chicago, IL 60653

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                                    City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.) | Earliest 07-01-2005   Latest 08-15-2005<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or around May 1, 2005. My most recent position was Cashier. Beginning on or around July 4, 2005 and ongoing, I was subjected to derogatory comments and threats, based on my color. During the same period, I was subjected to derogatory comments based on my disability. Respondent is aware of my disability. Respondent failed to take appropriate action to stop the harassment and I was retaliated against. On or around August 15, 2005, I was constructively discharged.

I believe I have been discriminated against and retaliation based on my color, dark skinned, in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe I have also been discriminated against based on my disability, in violation of the Americans With Disabilities Act of 1990.

RECEIVED EEOC
MAY 1 2006
CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Mar 31, 2006          *Kizzie C. Cotton*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |