IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>FAMILY DOLLAR, INC.<br><br>    Defendant. | Civil Action No. 07 C 6996<br><br>Judge Samuel Der-Yeghiayan<br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

TO:    Gordon G. Waldron
       Gregory M. Gochanour
       John C. Hendrickson
       United States Equal Employment Opportunity Commission
       500 West Madison Street, Suite 2800
       Chicago, IL 60661
       gordon.waldron@eeoc.gov

PLEASE TAKE NOTICE that on **Thursday, January 17, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Samuel Der-Yeghiayan, in Courtroom 1903 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, at which time and place you may appear if you see fit.

                                Respectfully submitted,

                                FAMILY DOLLAR, INC.


                                By:    /s/ Shanthi V. Gaur
                                        One of its Attorneys

John A. Ybarra (#06196983)
Paul E. Bateman (#06188371)
Shanthi V. Gaur (#06224996)
Asilia S. Backus (#6278016)
LITTLER MENDELSON
A Professional Corporation
200 North LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520 (phone)
312.372.7880 (facsimile)

Dated: January 14, 2008

## **CERTIFICATE OF SERVICE**

Shanthi V. Gaur, an attorney, hereby certifies that, on January 14, 2008, a copy of the foregoing Notice of Motion was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

>Gordon G. Waldron
>United States Equal Employment Opportunity Commission
>500 West Madison Street
>Suite 2800
>Chicago, IL 60661
>gordon.waldron@eeoc.gov
>
>Gregory M. Gochanour
>United States Equal Employment Opportunity Commission
>500 West Madison Street
>Suite 2800
>Chicago, IL 60661
>gregory.gochanour@eeoc.gov
>
>John C. Hendrickson
>United States Equal Employment Opportunity Commission
>500 West Madison Street
>Suite 2800
>Chicago, IL 60661
>john.hendrickson@eeoc.gov

*/s/ Shanthi V. Gaur*
Shanthi V. Gaur