## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Equal Employment Opportunity
Commission
                                   Plaintiff,

v.                                        Case No.: 1:07−cv−06996

                                                  Honorable Samuel
                                                  Der−Yeghiayan

Family Dollar, Inc.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Defendant's motion to dismiss [10] is entered and continued. Plaintiff's response shall be filed by 01/31/08 and Defendant's reply shall be filed by 02/07/08. Status hearing set for 03/19/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.