## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>               Plaintiff,<br><br>     v.<br><br>**FAMILY DOLLAR, INC.,**<br><br>               Defendant. | No.  No. 07C6996<br><br>Judge Samuel Der-Yeghiayan<br>Magistrate Judge Sidney I. Schenkier |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Family Dollar, Inc. ("Family Dollar"), by and through its attorneys, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 for its Corporate Disclosure Statement states as follows:

Family Dollar, Inc. is wholly owned by Family Dollar Stores, Inc., a publicly traded company.

Respectfully submitted,

FAMILY DOLLAR, INC.

By: /s/ Asilia S. Backus
     One of its attorneys

John A. Ybarra
Paul E. Bateman
Shanthi V. Gaur
Asilia S. Backus
LITTLER MENDELSON
A Professional Corporation
200 North LaSalle Street
Suite 2900
Chicago, IL  60601

312.372.5520 (phone)
312.372.7880 (facsimile)

Dated: February 7, 2008

## CERTIFICATE OF SERVICE

  Asilia S. Backus, an attorney, hereby certifies that, on February 7, 2008, a copy of the foregoing Defendant's Corporate Disclosure Statement was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

>Gordon G. Waldron
>United States Equal Employment Opportunity Commission
>500 West Madison Street
>Suite 2800
>Chicago, IL 60661
>gordon.waldron@eeoc.gov
>
>Gregory M. Gochanour
>United States Equal Employment Opportunity Commission
>500 West Madison Street
>Suite 2800
>Chicago, IL 60661
>gregory.gochanour@eeoc.gov
>
>John C. Hendrickson
>United States Equal Employment Opportunity Commission
>500 West Madison Street
>Suite 2800
>Chicago, IL 60661
>john.hendrickson@eeoc.gov

                  /s/ *Asilia S. Backus*
                    Asilia S. Backus