# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6996 | **DATE** | 3/12/2008 |
| **CASE TITLE** | EEOC vs. Family Dollar, Inc. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 03/12/08, Defendant Family Dollar, Inc's motion to dismiss [10] is denied. Status hearing set for 03/19/08 at 9:00 a.m. to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|