**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| Plaintiff, | No.  NO. 07 C 6996 |
| v. | Judge Samuel Der-Yeghiayan<br>Magistrate Judge Sidney I. Schenkier |
| **FAMILY DOLLAR, INC.,** | |
| Defendant. | |

**JOINT JURISDICTIONAL STATUS REPORT**

**NOW COME** the parties, by their attorneys of record, Gordon G. Waldron, Gregory M. Gochanour and John C. Hendrickson on behalf of Equal Employment Opportunity Commission ("Plaintiff"), and John A. Ybarra, Paul E. Bateman, Shanthi V. Gaur and Asilia S. Backus on behalf of Defendant, Family Dollar, Inc. ("Defendant"), and for their Joint Jurisdictional Status Report state as follows:

**I.      Subject Matter Jurisdiction.**

Plaintiff instituted this action under Title VII and the Civil Rights Act of 1991.  The Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.

**II.      Venue.**

Venue lies in the Northern District, Eastern Division of Illinois in that Plaintiff alleges that the alleged unlawful employment practices occurred within this district and division.

Respectfully submitted,                            Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY            FAMILY DOLLAR, INC.
COMMISSION

By: _/s/ Gordon G. Waldron_ (with permission)      By: ____/s/ Asilia S. Backus_____
        One of its attorneys                                      One of its attorneys

Gordon G. Waldron                            John A. Ybarra

Gregory M. Gochanour
John C. Hendrickson
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
500 West Madison Street
Suite 2800
Chicago, IL 60661
312.353.7525 (phone)
312.353.8555 (facsimile)

Dated: March 14, 2008

Paul E. Bateman
Shanthi V. Gaur
Asilia S. Backus
LITTLER MENDELSON
A Professional Corporation
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520
312.372.7880 facsimile

Dated: March 14, 2008

## <u>CERTIFICATE OF SERVICE</u>

Asilia S. Backus, an attorney, hereby certifies that, on March 14, 2008, a copy of the foregoing Joint Jurisdictional Status Report was filed electronically.  Notice of filing will be sent to the following parties by operation of the Court's electronic filing system.  The parties may access this filing through the Court's system.

Gordon G. Waldron
United States Equal Employment Opportunity Commission
500 West Madison Street
Suite 2800
Chicago, IL 60661

Gregory M. Gochanour
United States Equal Employment Opportunity Commission
500 West Madison Street
Suite 2800
Chicago, IL 60661

John C. Hendrickson
United States Equal Employment Opportunity Commission
500 West Madison Street
Suite 2800
Chicago, IL 60661

_/s/ Asilia S. Backus_
Asilia S. Backus