UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Equal Employment Opportunity
Commission
                                   Plaintiff,

v.                                                 Case No.: 1:07−cv−06996
                                                   Honorable Samuel
                                                   Der−Yeghiayan

Family Dollar, Inc.
                                   Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

    MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 06/03/08 at 9:00 a.m. to set formal discovery dates. As stated on the record, Plaintiff to advise Defendant who they believe the "Players" are. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.