IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**FAMILY DOLLAR, INC.**<br><br>Defendant. | Civil Action No. 07 C 6996<br><br>Judge Samuel Der-Yeghiayan<br>Magistrate Judge Sidney I. Schenkier |

## MOTION FOR AGREED PROTECTIVE ORDER

Plaintiff, Equal Employment Opportunity Commission, and Defendant, Family Dollar, Inc., by and through their attorneys agreed to the entry of a protective order in this matter. The parties' Agreed Protective Order is attached hereto as Exhibit 1 for the Court's review and the parties ask the Court to order and enter the parties' Agreed Protective Order.

Respectfully submitted,

FAMILY DOLLAR, INC.


By: */s/ Asilia S. Backus*
          One of its Attorneys

John A. Ybarra
Paul E. Bateman
Shanthi V. Gaur
Asilia S. Backus
LITTLER MENDELSON
A Professional Corporation
200 North LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520 (phone)
312.372.7880 (facsimile)

Dated: May 9, 2008

## CERTIFICATE OF SERVICE

Asilia S. Backus, an attorney, hereby certifies that, on May 9, 2008, a copy of the foregoing Motion for Agreed Protective Order was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

> Gordon G. Waldron
> Gregory M. Gochanour
> John C. Hendrickson
> United States Equal Employment Opportunity Commission
> 500 West Madison Street
> Suite 2800
> Chicago, IL 60661
> gordon.waldron@eeoc.gov
> gregory.gochanour@eeoc.gov
> john.hendrickson@eeoc.gov

*/s/Asilia S. Backus*
Asilia S. Backus