IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**FAMILY DOLLAR, INC.**<br><br>　　　　　Defendant. | Civil Action No.  07 C 6996<br><br>Judge Samuel Der-Yeghiayan<br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

TO:　Gordon G. Waldron
　　　Gregory M. Gochanour
　　　John C. Hendrickson
　　　United States Equal Employment Opportunity Commission
　　　500 West Madison Street, Suite 2800
　　　Chicago, IL 60661
　　　gordon.waldron@eeoc.gov

　　　PLEASE TAKE NOTICE that on **Thursday, May 15, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Samuel Der-Yeghiayan, in Courtroom 1903 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Motion for Agreed Protective Order, at which time and place you may appear if you see fit.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　FAMILY DOLLAR, INC.


　　　　　　　　　　　　　　　　　　　By:　　/s/ *Asilia S. Backus*
　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

John A. Ybarra
Paul E. Bateman
Shanthi V. Gaur
Asilia S. Backus
LITTLER MENDELSON
A Professional Corporation
200 North LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520 (phone)
312.372.7880 (facsimile)

Dated: May 9, 2008

## **CERTIFICATE OF SERVICE**

Asilia S. Backus, an attorney, hereby certifies that, on May 9, 2008, a copy of the foregoing Notice of Motion was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

    Gordon G. Waldron
    Gregory M. Gochanour
    John C. Hendrickson
    United States Equal Employment Opportunity Commission
    500 West Madison Street
    Suite 2800
    Chicago, IL 60661
    gordon.waldron@eeoc.gov
    gregory.gochanour@eeoc.gov
    john.hendrickson@eeoc.gov

                                                          */s/Asilia S. Backus*
                                                             Asilia S. Backus