IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | Civil Action No: 07 C 6996 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Der-Yeghiayan |
| FAMILY DOLLAR, INC. | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) ) | |

**Plaintiff's Motion to Extend the Date for Identifying Class Members**

Plaintiff Equal Employment Opportunity Commission ("EEOC") asks that the deadline for identifying class members be extended until June 23, 2008.

In support hereof it states:

1) This is a lawsuit filed under Title VII of the Civil Rights Act of 1964. Plaintiff alleges that Defendant subjected Kizzie Cotton and other dark-skinned African American employees to harassment based on the color of their skin. Plaintiff alleges that the harassment was conducted by Tiffany Bates, a manager of several of Defendant's stores.

2) On March 19, 2008 this court set May 22, 2008 as the date for EEOC to identify class members.

3) On March 19, 2008 the EEOC issued a Request for Production of Documents that included requests for documents that would disclose the names, race and last known address of each employee who worked at each of the stores where Tiffany Bates worked, and who worked there during a period of time when Bates worked there.

4) On Friday April 18, 2008 Defendant served its response to the Request for Production and said that it would turn over the documents if EEOC agreed to an enclosed Protective Order in regard to the confidentiality of the documents. EEOC received those documents and the Protective Order on Monday April 21, 2008,

5) The proposed a Protective Order contained 19 paragraphs. The parties disagreed as to the substance or wording of many of those paragraphs. EEOC submitted comments on April 25, 2008 and Defendant submitted a revised draft on May 6, 2008. EEOC submitted comments thereto on May 8, 2006 and Defendant submitted a revised draft that same day.

6) On Friday May 9, 2008 Defendant filed a Motion for Entry of an Agreed Protective Order. On the same day Defendant advised EEOC that the documents could be picked up by EEOC's copy service on Monday May 12, 2008. EEOC received from its copy service 585 pages of documents on May 13, 2008.

7) EEOC needs time to contact employees at those stores, and needs further time to determine which employees should be identified as class members for whom it seeks relief.

8) EEOC agrees to disclose to Defendant on or before May 22, 2008. the identity of any class members of which it is already aware.

9) Defendant does not oppose this motion.

WHEREFORE EEOC requests this court to extend the deadline for identifying additional class members until June 23, 2008.

Respectfully submitted,

s/ Gordon G. Waldron
Gordon G. Waldron, Bar No. 02920646
Senior Trial Attorney
Equal Employment Opportunity Commission
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
(312) 353-7525

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008 I electronically filed the attached Motion to Extend the Date for Identifying Class members with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

John Ybarra
Paul Bateman
 Shanthi Gaur
Asilia Backus
Littler, Mendelson, P.C.
200 North LaSalle Street, Suite 2900
Chicago, IL 60601

                            s/ Gordon G. Waldron
                            Gordon G. Waldron, Bar No. 02920646
                                Senior Trial Attorney
                            Equal Employment Opportunity Commission
                            500 West Madison Street, Suite 2800
                            Chicago, Illinois 60661
                            phone: (312) 353-7525
                            fax: (312) 353-8555
                            gordon.waldron@eeoc.gov