IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) ) | Civil Action No: 07 C 6996 |
| v. | ) ) | Judge Der-Yeghiayan |
| FAMILY DOLLAR, INC. | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) ) | |

## NOTICE OF MOTION

TO:   Persons on Attached Certificate of Service

PLEASE TAKE NOTICE that on May 22, 2008 at 9 a.m., or as soon thereafter as counsel may be heard, Plaintiff Equal Employment Opportunity Commission will appear before the Honorable Judge Der-Yeghiayan in his Courtroom at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion to Extend the Date for Identifying Class Members** a copy of which is attached hereto and hereby electronically served upon you using the CM/ECF system

Respectfully submitted,

Dated:   Friday, May 16, 2008

/s/ Gordon Waldron
Gordon Waldron
Equal Employment Opportunity
  Commission
500 West Madison, room 2800
Chicago, IL  60661
   (312) 353-7525
gordon.waldron@eeoc.gov