# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6996 | **DATE** | 5/15/2008 |
| **CASE TITLE** | EEOC vs. Family Dollar | | |

**DOCKET ENTRY TEXT**

Defendant Family Dollar's agreed motion for entry of protective order [24] is granted. All dates previously set are to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | maw |
|---|---|---|---|