IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>               Plaintiff,<br>v.<br>FAMILY DOLLAR, INC.<br>Defendant. | Civil Action No: 07 C 6996<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Schenkier |

### EEOC's Motion for a Protective Order in regard to Deposition of EEOC Investigator

1) Plaintiff EEOC requests this court to limit Defendant's deposition of EEOC Investigator Carol Milazzo to 4 hours.

2) It also asks this court to bar Defendant from asking the EEOC investigator questions about:

    a) EEOC's policies and procedures in regard to investigating Charges of Discrimination and issuing Determinations on them;

    b) Whether Milazzo and/or EEOC, in investigating the Cotton's Charge, followed the policies of the EEOC or any procedures or practice in effect at the Chicago District Office of the EEOC.

3) Pursuant to Local Rule 37.2 the parties through counsel have engaged in good faith efforts to resolve their disputes about the length and subject matter of this deposition, but have been unable to resolve their differences. They exchanged several detailed letters in regard to the scope and length of the Milazzo deposition. They also conferred by telephone and exchanged emails on Friday June 6, 2008.

1

4) EEOC submits herewith a Memorandum in support of this Motion.

>Respectfully submitted,
>
>/s/ Gordon Waldron
>Gordon Waldron
>Senior Trial Attorney
>Equal Employment Opportunity Commission
>500 West Madison Street, Suite 2800
>Chicago, Illinois 60661
>(312) 353-7525

### CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the attached **EEOC Motion for Protective Order in regard to Deposition of EEOC Investigator** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Paul E. Bateman, John Ybarra, Shanthi Gaur, Asilia S. Backus
Littler, Mendelsohn
200 North LaSalle Street, Suite 2900
Chicago, IL 60601
(312) 795 3224

>s/ Gordon G. Waldron
>Gordon G. Waldron, Bar No. 02920646
>Senior Trial Attorney
>Equal Employment Opportunity Commission
>500 West Madison Street, Suite 2800
>Chicago, Illinois 60661
>phone: (312) 353-7525
>fax: (312) 353-8555
>gordon.waldron@eeoc.gov