# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) ) | Civil Action No: 07 C 6996 |
| v. | ) ) | Judge Der-Yeghiayan |
| FAMILY DOLLAR, INC. | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) ) | |

### Affidavit of Carol Milazzo

1) My name is Carol Milazzo. I am an Investigator at the Chicago District Office of the Equal Employment Opportunity Commission. (EEOC).

2) My duties are to investigate Charges of Discrimination filed with the EEOC. I currently have a caseload of 250 pending Charges of Discrimination that I am investigating.

3) In the course of my investigation of the Charge of Discrimination filed by Kizzie Cotton, I interviewed the following persons, all of whom had some connection with the Family Dollar store on 47th Street in Chicago where Kizzie Cotton worked:

  a) Kizzie Cotton
  b) Jasmine Matthews, Jessica Dixon, and Camille Keller, who were employees at the store where Cotton worked;
  c) Ruby Patterson, a store customer;
  d) Family Dollar Managers Marvin Ware and Tiffany Bates.

4) I did not interview anyone else in connection with my investigation of the Cotton Charge.

5) I placed all of my notes of interviews in the Investigative file on Cotton's charge.

6) Because I do not take short hand, my notes are not verbatim, but I have not deliberately left anything out in those notes.

7) The documents I reviewed in the course of my investigation are all in the investigative file. They include documents produced by Cotton and Family Dollar.

8) I tried to contact Larry Granger, but I was never able to contact him and did not interview him.

Carol Milazzo states under penalty of perjury that she has read the above statements and they are true to the best of her recollection

*Carol Milazzo* （signature）
Carol Milazzo

June 6, 2008