**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | ) | |
| **COMMISSION,** | ) | **Civil Action No: 07 C 6996** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Judge Der-Yeghiayan** |
| | ) | |
| **FAMILY DOLLAR, INC.** | ) | **Magistrate Judge Schenkier** |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## NOTICE OF MOTION

TO:     Persons on Attached Certificate of Service

        PLEASE TAKE NOTICE that on June 17, 2008 at 9 a.m., or as soon thereafter as counsel may be heard, Plaintiff Equal Employment Opportunity Commission will appear before the Honorable Judge  Der-Yeghiayan in his  Courtroom  at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion to for a Protective order in Regard to Deposition of EEOC Investigator,** a copy of which is attached hereto and hereby electronically served upon you using the CM/ECF system

                                        Respectfully submitted,

                                        /s/ Gordon Waldron
Dated:        June 10, 2008                 Gordon Waldron
                                        Equal Employment Opportunity
                                         Commission
                                        500 West Madison, room 2800
                                        Chicago, IL  60661
                                          (312) 353-7525
                                        gordon.waldron@eeoc.gov