# EXHIBIT 3

Case 1:07-cv-06996   Document 34-4   Filed 06/16/2008   Page 1 of 5



# LITTLER MENDELSON®
### A PROFESSIONAL CORPORATION

April 18, 2008

**VIA FACSIMILE & U.S. MAIL**

Mr. Gordon Waldron
Equal Employment Opportunity Commission
500 West Madison Street, Suite 2800
Chicago, IL 60661

Shanthi V. Gaur
Direct: 312.795.3210
Direct Fax: 312.372.7880
sgaur@littler.com

Re: **EEOC V. Family Dollar**
     **Court No. 07 C 6996**

Dear Gordon:

This is intended to address your April 15th letter.

We have recently received your document production and are in the process of reviewing the same. While we are not inclined to accept these documents (many of which appear to be duplicates) in lieu of the noticed Rule 30(b)(6) deposition, we will need additional time to complete our review. As you know, we have agreed in any event to postpone the 30(b)(6) deposition until after the EEOC has identified all of the individuals whom it seeks to represent in this case.[1] We will, likewise, get back to you with respect to our position on the 30(b)(6) deposition at that time.

In addition, we also would like to depose Carol Milazzo (who was the investigator assigned to the charge and whom you have identified in the EEOC's Initial Disclosure and discovery responses). As stated in my previous letter, we will accommodate Ms. Milazzo's busy work schedule in any way possible, including, scheduling her deposition on weekends or after working hours. Please advise if you will agree to produce Ms. Milazzo for her deposition, and if you have objections to doing so, please let me know the basis of those objections so that we may address the issue with the Court, if necessary.

Further, I note that you have not responded to my inquiry regarding whether you will proceed with Kizzie Cotton's deposition as noticed on April 29th. Please let me know by April 21st if this date is convenient so that we may make the necessary arrangements.

---

[1] I note that you initially raised objections to three categories in the 30(b)(6) deposition (see April 2, 2008 letter), all of which were addressed in my April 8, 2008 response. Now, in your April 15th letter, you have added objections to *every* 30(b)(6) category.

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
200 N. LaSalle Street, Suite 2900, Chicago, IL 60601 Tel: 312.372.5520 Fax: 312.372.7880, www.littler.com

Mr. Gordon Waldron
April 18, 2008
Page 2

Thanks for your continued cooperation in this matter.

Very truly yours,

*[signature]*

Shanthi V. Gaur

SVG

cc: John A. Ybarra
Paul E. Bateman
Asilia S. Backus

## Confirmation Report - Memory Send

```
                                    Page         : 001
                                    Date & Time  : 04-18-08   09:47am
                                    Line 1       : 3123727880
                                    Line 2       : 3123727880
                                    Machine ID   : Littler Mendelson Chgo
```

| | | |
|---|---|---|
| Job number | : | 162 |
| Date | : | 04-18  09:46am |
| To | : | ☎2#500 |
| Number of pages | : | 003 |
| Start time | : | 04-18  09:46am |
| End time | : | 04-18  09:47am |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 162 | *** SEND SUCCESSFUL *** |

## LITTLER MENDELSON
### A PROFESSIONAL CORPORATION
### FACSIMILE COVER SHEET

Date: April 18, 2008
To: Gordon Waldron
Company: EEOC
Fax #: 312.353.8555
Phone #:
Fax # verified before sending (initial):
From: Shanthi Gaur
Ext. or Voice phone #: 312.795.3210

Length, including this cover letter: Pages. 3
If you do not receive all pages, please call Sender's Phone Number.

Message:

CONFIDENTIALITY — The information contained in this fax message is intended only for the personal and confidential use of the designated recipient(s) named above. This message is a communication from attorneys or their agents relating to pending legal matters and, as such, is intended to be privileged and/or confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

Transmittal Completed: _____ am / pm    Client Code: 053439.1071    User Number: 1598

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
200 N. LaSalle Street, Suite 2900, Chicago, IL 60601  Tel: 312.372.5520  Fax: 312.372.7880  www.littler.com



## LITTLER MENDELSON®
### A PROFESSIONAL CORPORATION

### FACSIMILE COVER SHEET

Date:            April 18, 2008

To:              Gordon Waldron

Company:         EEOC

Fax #:           312.353.8555

Phone #:

Fax # verified before sending (initial):

From:            Shanthi Gaur

Ext. or Voice phone #:    312.795.3210

Length, including this cover letter:   Pages.  3
If you do not receive all pages, please call Sender's Phone Number.

Message:

**CONFIDENTIALITY** – The information contained in this fax message is intended only for the personal and confidential use of the designated recipient(s) named above. This message is a communication from attorneys or their agents relating to pending legal matters and, as such, is intended to be privileged and/or confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

Transmittal Completed:_____ am / pm    Client Code: __053439.1071__   User Number: __1598__

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
200 N. LaSalle Street, Suite 2900, Chicago, IL 60601  Tel: 312.372.5520  Fax: 312.372.7880, www.littler.com