UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Equal Employment Opportunity
Commission
                                               Plaintiff,

v.                                              Case No.: 1:07−cv−06996
                                              Honorable Samuel
                                              Der−Yeghiayan

Family Dollar, Inc.
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: As stated on the record, Plaintiff Equal Employment Opportunity Commission's motion for protective order [31] is granted in part and denied in part. Status hearing reset to 07/30/08 at 9:00 a.m. Status hearing set for 06/25/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.