

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**
www.ilnd.uscourts.gov

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Gordon Waldron

FIRM: Equal Employment Opportunity Commission

STREET ADDRESS: 500 West Madison Street, Suite 2000

CITY/STATE/ZIP: Chicago, IL 60661

PHONE NUMBER:   312-353-7525

E-MAIL ADDRESS:  gordon.waldron@eeoc.gov

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 02920646

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 C 5457 | Cast Products, Inc. | Kendall |
| 07 C 50188 | Emery Worldwide | Reinhard |
| 07 C 6996 | Family Dollar | Der-Yeghiayan |
| 07 C 2902 | Raymond Management | Manning |
| 03 C 3337 | Walsh Construction | Gettleman |
| 04 C 4353 | Midwest Emergency et. Al. | Filip |

S/Gordon Waldron_____                      _____7/9/08_____
      Attorney's Signature                                                                          Date