# EXHIBIT 2

Case 1:07-cv-06996   Document 38-3   Filed 07/21/2008   Page 1 of 2

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Equal Employment Opportunity
Commission

                                      Plaintiff,

v.                                          Case No.: 1:07−cv−06996
                                          Honorable Samuel
                                          Der−Yeghiayan

Family Dollar, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY



This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 06/03/08 at 9:00 a.m. to set formal discovery dates. As stated on the record, Plaintiff to advise Defendant who they believe the "Players" are. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.