# EXHIBIT 5

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, IL, 60661
TDD: (312) 353-2421
Legal Fax: (312) 353-8555

June 23, 2008

VIA FAX TO: (312) 372-7880

John Ybarra
Paul Bateman
Shanthi Gaur
Asilia Backus
Littler, Mendelson, P.C.
200 North LaSalle Street, Suite 2900
Chicago, IL 60601

  Re: EEOC v. Family Dollar Inc., Northern District, IL, No. 07 CV 6996

Dear Counsel:

  Pursuant to the court's order the class members be identified by June 23, EEOC states that seeks relief in this case only for Kizzie Cotton.

Sincerely,

Gordon Waldron
Gordon Waldron
Senior Trial Attorney
(312) 353-7525

