# EXHIBIT 7

# LITTLER MENDELSON®
### A PROFESSIONAL CORPORATION

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA

June 27, 2008

Shanthi V. Gaur
Direct: 312.795.3210
Direct Fax: 312.372.7880
sgaur@littler.com

COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA

**VIA FACSIMILE 312.353.8555**

Mr. Gordon Waldron
Equal Employment Opportunity Commission
500 West Madison Street
Suite 2800
Chicago, IL 60661

FLORIDA
GEORGIA
ILLINOIS
INDIANA

Re: *EEOC V. Family Dollar*
**Court No. 07 C 6996**

MASSACHUSETTS

Dear Gordon:

In light of your letter dated June 23, 2008, confirming that EEOC seeks relief only on behalf of Kizzie Cotton, we expect that EEOC will be withdrawing the allegations in its Complaint (including allegations in its Prayer for Relief) related to "other dark skinned African American employees." If EEOC will not be doing so, Family Dollar will file an appropriate motion to strike EEOC's allegations in this regard. Please advise us on or before Thursday, July 3, 2008, whether EEOC will voluntarily withdraw said allegations in light of its admission that it seeks relief only on behalf of Kizzie Cotton.

MINNESOTA
MISSOURI
NEVADA
NEW JERSEY

Very truly yours,

Shanthi V. Gaur /asb

Shanthi V. Gaur

NEW YORK
NORTH CAROLINA
OHIO

SVG/hwj

cc: John A. Ybarra
Paul E. Bateman
Asilia S. Backus

PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
200 N. LaSalle Street, Suite 2900, Chicago, IL 60601 Tel: 312.372.5520 Fax: 312.372.7880, www.littler.com