UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

| | |
|---|---|
| Equal Employment Opportunity Commission<br><br>                                          Plaintiff,<br><br>v.<br><br>Family Dollar, Inc.<br><br>                                          Defendant. | Case No.: 1:07−cv−06996<br>Honorable Samuel Der−Yeghiayan |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 12/03/08 at 9:00 a.m. Plaintiffs expert disclosure and reports shall be served by 10/31/08. Defendants expert disclosure and reports shall be served by 11/14/08. All discovery shall be noticed in time to be completed by 11/28/08. Dispositive motions are to be filed by 01/16/09. Responses to the dispositive motions, if any, are to be filed by 01/30/09 and replies, if any, are to be filed by 02/06/09. Plaintiff's motion to strike portions of Plaintiff's complaint [38] is granted. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.